No. 2023-214-M.P.
No. 2023-219-M.P.
(WC 21-111)

GD Richmond Beaver River I, LLC,  :
    et al.

          v.          :

Town of Richmond Zoning Board of  :
    Review et al.

## O R D E R

The Court being evenly divided, the judgment of the Superior Court is affirmed.


Entered as an Order of this Court this 29th day of April, 2026.


By Order,


/s/ Meredith A. Benoit
_____
Clerk


Justice Goldberg did not participate.

- 1 -



# STATE OF RHODE ISLAND

## SUPREME COURT – CLERK'S OFFICE

Licht Judicial Complex
250 Benefit Street
Providence, RI 02903

## ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | GD Richmond Beaver River I, LLC, et al. v. Town of Richmond Zoning Board of Review et al. | |
| **Case Number** | No. 2023-214-M.P.<br>No. 2023-219-M.P.<br>(WC 21-111) | |
| **Date Order Filed** | April 29, 2026 | |
| **Justices** | Suttell, C.J., Robinson, Lynch Prata, and Long, JJ. | |
| **Source of Appeal** | Washington County Superior Court | |
| **Judicial Officer from Lower Court** | Associate Justice Sarah Taft-Carter | |
| **Attorney(s) on Appeal** | For Petitioners:<br><br>Thomas M. Dickinson, Esq.<br>Kathleen M. Daniels, Esq. | |
| | For Respondents:<br><br>John O. Mancini, Esq. | |

SU-CMS-02B (revised November 2022)